Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>    Defendant. | Case No. 2:21-cv-01777-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]**<br><br>ECF No. 9 |

Plaintiff Leisa Whittum ("Plaintiff"), by and through her counsel of record, and Defendant University Medical Center of Southern Nevada ("UMC") have agreed and stipulated to the following:

1. On September 24, 2021, Defendant UMC filed a Petition for Removal [ECF No. 1].

2. On October 1. 2021, UMC filed a Motion to Dismiss the Complaint [ECF No. 7].

3. Plaintiff's Response is due October 15, 2021.

Plaintiff and UMC have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiff to brief the remand issues and to extend UMC's deadline to file a reply in support of their motion for fourteen days for the same reasons. As a result, both Plaintiff and UMC hereby request this Court to further extend the date for Plaintiff to respond to UMC's Motion to Dismiss Complaint until **October 29, 2021,** and to extend the date for UMC to file their Reply until **November 5, 2021**.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated October 13, 2021

| **KNEPPER & CLARK LLC** | **KOELLER, NEBEKER, CARLSON & HALUCK, LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Mark F. Roach* |
| Miles N. Clark, Esq. | Mark F. Roach, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 8237 |
| 5510 So. Fort Apache Rd, Suite 30 | Andrew C. Green, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 9399 |
| Email: miles.clark@knepperclark.com | 400 S. 4th Street, Suite 600 |
|  | Las Vegas, NV 89101 |
| **KRIEGER LAW GROUP, LLC** | Email: Andrew.green@knchlaw.com |
| David H. Krieger, Esq. | Email: Mark.Roach@knchlaw.com |
| Nevada Bar No. 9086 |  |
| 2850 W. Horizon Ridge Parkway, Suite 200 | *Counsel for Defendant* |
| Henderson, NV 89052 | *University of Medical Center of Southern Nevada* |
| Email: dkrieger@kriegerlawgroup.com |  |
| *Counsel for Plaintiff* |  |

**ORDER GRANTING
STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF
MOTION TO DISMISS**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 10-18-21

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430