Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>        Defendants. | Case No. 2:21-cv-01777-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION TO REMAND**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: |

Plaintiff Leisa Whittum ("Plaintiff"), by and through her counsel of record, and Defendant University Medical Center Of Southern Nevada ("UMC") have agreed and stipulated to the following:

**1.**   On September 24, 2021, UMC filed a Petition for Removal removing the case from District Court, Clark County, Nevada [Dkt. 1].

**2.**   Plaintiff's Motion to Remand is due October 22, 2021.

Plaintiff and UMC have agreed to extend Plaintiff's motion deadline seven days in order to allow Plaintiff to consider the facts and circumstances of the pending briefing, and to extend UMC's deadline to file a reply in support of its petition for fourteen days for the same reasons. As a result, both Plaintiff and UMC hereby request this Court to further extend the date for Plaintiff to file her Motion to Remand until **October 29, 2021,** and to extend the date for **UMC** to file their response to Plaintiff's motion to remand until **November 11, 2021**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose

    **IT IS SO STIPULATED.**
    Dated October 22, 2021

| **KNEPPER & CLARK LLC** | **KOELLER, NEBEKER, CARLSON & HALUCK, LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Mark F. Roach* |
| Miles N. Clark, Esq. | Mark F. Roach, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 8237 |
| 5510 So. Fort Apache Rd, Suite 30 | Andrew C. Green, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 9399 |
| Email: miles.clark@knepperclark.com | 400 S. 4th Street, Suite 600 |
| | Las Vegas, NV 89101 |
| **KRIEGER LAW GROUP, LLC** | Email: Andrew.green@knchlaw.com |
| David H. Krieger, Esq., SBN 9086 | Email: Mark.Roach@knchlaw.com |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | *Counsel for Defendant* |
| Email: dkrieger@kriegerlawgroup.com | *University of Medical Center of Southern Nevada* |
| *Counsel for Plaintiff* | |

**ORDER GRANTING
<u>STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION TO REMAND AND FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO REMAND</u>**

**IT IS SO ORDERED.**

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

                                                Dated: **October 22, 2021**

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2