MARK F. ROACH, ESQ.
Nevada Bar No. 8237
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER NEBEKER CARLSON
   &amp; HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
March.roach@knchlaw.com
Andrew.green@knchlaw.com
Attorneys for Defendant,
UNIVERSITY MEDICAL CENTER
OF SOUTHERN NEVADA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEISA WHITTUM and NICOLE KILBURN, and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>    Defendant. | CASE NO.: 2:21-cv-01777-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND PLAINTIFFS' MOTION TO REMAND** |

Defendant, UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter referred to as "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP and Plaintiffs, LEISA WHITTUM and NICOLE KILBURN, and all similarly situated individuals, by and through their attorneys, the law firm of KNEPPER & CLARK LLC and KRIEGER LAW GROUP, LLC (hereinafter referred to collectively as "Plaintiffs"), and agree and stipulate to the following:

    1.    On October 29, 2021, Plaintiff filed her Motion to Remand [Dkt 14];

    2.    On October 29, 2021 Plaintiffs also filed their First Amended Complaint [Dkt. 15].

    3.    The deadline for UMC to file response to both the First Amended Complaint and the Motion to Remand is Friday, November 12, 2021;

634736_1

Plaintiffs and UMC have agreed to extend UMC's response deadlines seven days, until November 19, 2021, in order to allow UMC to consider the facts and circumstances of the pending briefings. As a result, both Plaintiffs and UMC hereby request this Court to further extend the date for UMC to file its Response to Plaintiffs' Motion to Remand until November 19, 2021, and to extend the date for Plaintiffs to file their Reply to UMC's Response to Plaintiffs' Motion to Remand until November 29, 2021. In addition, UMC shall have until November 19, 2021 to file their responsive pleading to Plaintiffs' First Amended Complaint. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 12th day of November 2021.

| KOELLER, NEBEKER, CARLSON & HALUCK, LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Mark F. Roach<br>MARK F. ROACH, ESQ.<br>Nevada Bar No. 8237<br>ANDREW C. GREEN, ESQ.<br>Nevada Bar No. 9399<br>400 S. 4th Street, Suite 600<br>Las Vegas, NV 89101<br>Attorneys for Defendant,<br>UNIVERSITY MEDICAL CENTER<br>OF SOUTHERN NEVADA | By: /s/ Miles N. Clark<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd., Suite 300<br>Las Vegas, NV 89148-7700<br>Attorneys for Plaintiff and the class,<br>LEISA WHITTUM and NICOLE KILBURN |

**ORDER GRANTING**
**STIPULATION AND ORDER TO EXTEND TIME FOR UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND PLAINTIFF'S MOTION TO REMAND**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 12, 2021

634736_1