Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

John A. Yanchunis
(*Pro Hac Vice to be submitted*)
Ryan D. Maxey
(*Pro Hac Vice to be submitted*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM, and NICOLE KILBURN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>                    Defendant. | Case No. 2:21-cv-01777-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION TO REMAND**<br><br>**[FIRST REQUEST]** |

Plaintiffs Leisa Whittum and Nicole Kilburn ("Plaintiffs"), by and through their counsel of record, and Defendant University Medical Center of Southern Nevada ("UMC") have agreed and stipulated to the following:

1. On September 24, 2021, Defendant UMC filed a Petition for Removal [ECF No. 1].

2. On October 29, 2021, Plaintiff Whittum filed a Motion to Remand this matter to the Eighth Judicial District Court [ECF No. 14] ("Motion").[1]

3. On November 12, 2021, the Court granted the parties' stipulation to extend UMC's response deadline to the Motion to November 19, 2021 [ECF No. 27].

4. On November 19, 2021, UMC filed its response to the Motion [ECF No. 31] ("Response").

5. Plaintiffs' deadline to file a reply in support of the Motion is presently November 26, 2021.

Plaintiffs and UMC have agreed to extend Plaintiffs' deadline to file a reply in support of the Motion one business day, until **November 29, 2021**. This extension will permit Plaintiffs additional necessary time to consider the authorities and arguments UMC raises in its Response.

//
//
//
//
//
//

---

[1] On October 29, 2021, after filing the Motion, Plaintiffs filed a First Amended Complaint, adding Plaintiff Kilburn [ECF No. 15]. Plaintiff contends that her inclusion does not alter the bases for remand.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated November 26, 2021

| **KNEPPER & CLARK LLC** | **KOELLER, NEBEKER, CARLSON & HALUCK, LLP** |
|---|---|
| /s/ *Miles N. Clark* | |
| Miles N. Clark, Esq. | /s/ *Mark F. Roach* |
| Nevada Bar No. 13848 | Mark F. Roach, Esq. |
| 5510 So. Fort Apache Rd, Suite 30 | Nevada Bar No. 8237 |
| Las Vegas, NV 89148 | Andrew C. Green, Esq. |
| Email: miles.clark@knepperclark.com | Nevada Bar No. 9399 |
| | 400 S. 4th Street, Suite 600 |
| **KRIEGER LAW GROUP, LLC** | Las Vegas, NV 89101 |
| David H. Krieger, Esq. | Email: Andrew.green@knchlaw.com |
| Nevada Bar No. 9086 | Email: Mark.Roach@knchlaw.com |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | *Counsel for Defendant* |
| Email: dkrieger@kriegerlawgroup.com | *University of Medical Center of Southern Nevada* |
| John A. Yanchunis | |
| (*Pro Hac Vice to be submitted*) | |
| Ryan D. Maxey | |
| (*Pro Hac Vice to be submitted*) | |
| MORGAN & MORGAN COMPLEX LITIGATION GROUP | |
| 201 N. Franklin Street, 7th Floor | |
| Tampa, Florida 33602 | |
| (813) 223-5505 | |
| jyanchunis@ForThePeople.com | |
| rmaxey@ForThePeople.com | |
| *Counsel for Plaintiff* | |

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: **November 29, 2021**

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430