Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEISA WHITTUM; and NICOLE KILBURN,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>Defendant. | Case No. 2:21-cv-01777-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Leisa Whittum ("Plaintiff"), by and through her counsel of record, and Defendant University Medical Center of Southern Nevada ("UMC") have agreed and stipulated to the following:

1.   On September 24, 2021, Defendant UMC filed a Petition for Removal [ECF No. 1].

2.   On October 1. 2021, UMC filed a Motion to Dismiss the Complaint [ECF No. 7].

3.      On October 29, 2021, Plaintiff responded and filed a First Amended Complaint [ECF No. 15].

4.      On November 19, 2021, UMC filed a Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 30].

5.      Plaintiff's response deadline is December 3, 2021.

Plaintiff and UMC have agreed to extend Plaintiff's response seven days due to Plaintiff's counsel being out of town for the Thanksgiving holiday. The parties also agreed to extend UMC's deadline to file a reply in support of their motion for seven days for the same reasons. As a result, both Plaintiff and UMC hereby request this Court to further extend the date for Plaintiff to respond to UMC's Motion to Dismiss First Amended Complaint until **December 10, 2021,** and to extend the date for UMC to file their Reply until **December 17, 2021**.

/ / /

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated November 23, 2021

| KNEPPER & CLARK LLC | KOELLER, NEBEKER, CARLSON & HALUCK, LLP |
|---|---|
| /s/ *Miles N. Clark* | |
| Miles N. Clark, Esq. | /s/ *Mark F. Roach* |
| Nevada Bar No. 13848 | Mark F. Roach, Esq. |
| 5510 So. Fort Apache Rd, Suite 30 | Nevada Bar No. 8237 |
| Las Vegas, NV 89148 | Andrew C. Green, Esq. |
| Email: miles.clark@knepperclark.com | Nevada Bar No. 9399 |
| | 400 S. 4th Street, Suite 600 |
| **KRIEGER LAW GROUP, LLC** | Las Vegas, NV 89101 |
| David H. Krieger, Esq. | Email: Andrew.green@knchlaw.com |
| Nevada Bar No. 9086 | Email: Mark.Roach@knchlaw.com |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | *Counsel for Defendant* |
| Email: dkrieger@kriegerlawgroup.com | *University of Medical Center of Southern Nevada* |
| *Counsel for Plaintiffs* | |

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO**
**MOTION TO DISMISS FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO**
**FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

**IT IS SO ORDERED.**

Dated this 29 day of November, 2021

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

3 of 3