MARK F. ROACH, ESQ.
Nevada Bar No. 8237
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER NEBEKER CARLSON
    & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
March.roach@knchlaw.com
Andrew.green@knchlaw.com
Attorneys for Defendant,
UNIVERSITY MEDICAL CENTER
OF SOUTHERN NEVADA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEISA WHITTUM and NICOLE KILBURN, and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>    Defendant. | CASE NO.: 2:21-cv-01777-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT** |

Defendant, UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter referred to as "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP and Plaintiffs, LEISA WHITTUM and NICOLE KILBURN, and all similarly situated individuals, by and through their attorneys, the law firm of KNEPPER & CLARK LLC and KRIEGER LAW GROUP, LLC (hereinafter referred to collectively as "Plaintiffs"), and agree and stipulate to the following:

1. On November 19, 2021, UMC filed its Motion to Dismiss First Amended Complaint [Dkt 30]. Plaintiffs' response deadline at that time was December 3, 2021;

2. On November 23, 2021 the parties stipulated to extend the time for Plaintiffs to respond to the Motion [Dkt. 32] and that Order was entered on November 29, 2021 [Dkt. 35]. Via that Order, Plaintiffs were provided until December 10, 2021 to respond to the Motion to

Dismiss Amended Complaint, and UMC's Reply in Support of the Motion was to be filed by December 17, 2021.

3. On Friday, December 10, 2021 Plaintiffs timely filed their Response to Defendant's Motion to Dismiss First Amended Complaint [Dkt. 40].

Plaintiffs and UMC have agreed to extend the deadline for UMC's Reply in Support of its Motion to Dismiss Amended Complaint by four calendar days, until December 21, 2021, in order to allow UMC to further consider the facts and circumstances of the pending briefings. Both Plaintiffs and UMC hereby request this Court to further extend the date for UMC to file its Reply in Support of its Motion to Dismiss Amended Complaint until December 21, 2021. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 17th day of December 2021.

| KOELLER, NEBEKER, CARLSON & HALUCK, LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Mark F. Roach<br>MARK F. ROACH, ESQ.<br>Nevada Bar No. 8237<br>ANDREW C. GREEN, ESQ.<br>Nevada Bar No. 9399<br>400 S. 4th Street, Suite 600<br>Las Vegas, NV 89101<br>Attorneys for Defendant,<br>UNIVERSITY MEDICAL CENTER<br>OF SOUTHERN NEVADA | By: /s/Miles N. Clark<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd., Suite 300<br>Las Vegas, NV 89148-7700<br>Attorneys for Plaintiff and the class,<br>LEISA WHITTUM and NICOLE KILBURN |

## ORDER

**IT IS HEREBY ORDERED** UMC shall have until December 21, 2021 to file its Reply in Support of its Motion to Dismiss Amended Complaint (Dkt. 30).

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

DATED THIS 20th Day of December 2021.

///
///