Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles@milesclarklaw.com

Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Email: smiller@kriegerlawgroup.com

John A. Yanchunis, Esq.
(*Admitted Pro Hac Vice*)
Ryan D. Maxey, Esq.
(*Admitted Pro Hac Vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Phone: (813) 223-5505
Email: jyanchunis@ForThePeople.com
Email: rmaxey@ForThePeople.com

*Counsel for Plaintiffs*
*Leisa Whittum and Nicole Kilburn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEISA WHITTUM, NICOLE KILBURN, SARA SANGUINETTI, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>Defendant. | Case No. 2:21-cv-01777-MMD-EJY<br><br>*Plaintiffs Whittum and Kilburn*<br><br>*C/w* Case No. 2:21-cv-1779-JAD-EJY<br><br>*Plaintiff Sanguinetti*<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF RENEWED MOTION TO REMAND OR, ALTERNATIVELY, MOTION TO COMPEL**<br><br>**[FIRST REQUEST]** |

Plaintiffs Leisa Whittum and Nicole Kilburn ("Plaintiffs"), by and through their counsel of record, and Defendant University Medical Center of Southern Nevada ("UMC") (collectively, the

"Parties") have agreed and stipulated to the following:

1. On September 23, 2022, the Court permitted the Parties to engage in jurisdictional discovery and for Plaintiffs to re-urge their motion for remand at the conclusion of such discovery. ECF No. 52.

2. On November 11, 2022, the Court set the briefing on Plaintiffs' re-urged Motion to Remand for February 22, 2023. ECF No. 55.

3. On February 22, 2023, Plaintiff filed her Renewed Motion to Remand Or, Alternatively, Motion to Compel. ECF No. 61, 62.

4. On March 8, 2023, UMC filed its response to Plaintiff's Renewed Motion to Remand Or, Alternatively, Motion to Compel. ECF No. 67.

5. Plaintiffs' Reply in Support is due March 15, 2023.

Plaintiffs and UMC have agreed to extend Plaintiffs' deadline to file a reply in support of the Motion until Monday, March 20, 2023. This extension will permit Plaintiffs additional necessary time to consider the authorities and arguments UMC raises in its Response.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an

//
//
//
//
//
//
//
//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

improper purpose.

**IT IS SO STIPULATED.**
Dated March 15, 2023

| **LAW OFFICES OF MILES N. CLARK, LLC**<br><br>/s/ *Miles N. Clark*<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com<br><br>**KRIEGER LAW GROUP, LLC**<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br><br>John A. Yanchunis<br>(*Pro Hac Vice to be submitted*)<br>Ryan D. Maxey<br>(*Pro Hac Vice to be submitted*)<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>(813) 223-5505<br>jyanchunis@ForThePeople.com<br>rmaxey@ForThePeople.com<br><br>*Counsel for Plaintiff* | **KOELLER, NEBEKER, CARLSON & HALUCK, LLP**<br><br>/s/ *Mark F. Roach*<br>Mark F. Roach, Esq.<br>Nevada Bar No. 8237<br>Andrew C. Green, Esq.<br>Nevada Bar No. 9399<br>400 S. 4th Street, Suite 600<br>Las Vegas, NV 89101<br>Email: Andrew.green@knchlaw.com<br>Email: Mark.Roach@knchlaw.com<br><br>*Counsel for Defendant*<br>*University of Medical Center of Southern Nevada* |

**ORDER GRANTING**
**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF RENEWED MOTION TO REMAND OR, ALTERNATIVELY, MOTION TO COMPEL**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2023